# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 2, 2024

## NO. 03-23-00754-CV

**Laszlo Herczeg, Appellant**

**v.**

**City of Austin, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the order signed by the trial court on April 7, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.